AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of Colorado

| | |
|---|---|
| United States of America<br>v.<br>MARIO LUIS ROCHA<br><br>*Defendant(s)* | Case No.<br>25-MJ-00223-STV |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **August 29, 2025** in the county of **Otero** in the **State and** District of **Colorado**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 924(c)(1)(A) | On or about August 29, 2025, in the State and District of Colorado, the defendant, MARIO LUIS ROCHA, did knowingly possess a firearm, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, namely possession with intent to distribute a controlled substance. |

This criminal complaint is based on these facts:

See Affidavit attached hereto and hereby incorporated by reference.

☑ Continued on the attached sheet.

/S/ Ethan Doherty
*Complainant's signature*

Ethan Doherty, Special Agent FBI
*Printed name and title*

Sworn to before me and ☐ signed in my presence. ☑ submitted, attested to, and acknowledged by reliable electronic means.

Date: 08/29/2025

*Judge's signature*

City and state: Denver, CO

Scott T. Varholak, U.S. Magistrate Judge
*Printed name and title*